UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASMINE MARENGO,
PEDRO RIVERA,

    Plaintiff,

-vs-                                  Case No. 6:05-cv-1792-Orl-18DAB

99 CENT SUPERCENTER, LLC.,
YAACOB C. ELHARAR,

    Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion for Entry of Default Final Judgment (Doc. 42). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Clerk of the Court shall enter judgment in Plaintiff Marengo's favor in the amount of $1,560.00, plus $2,011.00 in attorney's fees and costs: and a separate judgment be entered in Plaintiff Rivera's favor in the amount of $1,680.00, plus $2,011.00 in attorney's fees and costs.

It is **SO ORDERED** in Orlando, Florida, this ___5___ day of September, 2006.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge